```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

DEMENCIO BAEZ,

            Plaintiff,

                          Civ. No. 9:04-CV-819
      v.                        (FJS/RFT)

JOSEPH E. McCOY and J. KEISER,

           Defendants.

─────────────────────────────────────

APPEARANCES:                       OF COUNSEL:

```
DEMENCIO BAEZ
Plaintiff, Pro Se
88-A-5196
Southport Correctional Facility
PO Box 2000
Pine City, NY   14871

HON. ELIOT SPITZER                PATRICK F. MacRAE, ESQ.
Attorney General of the           Asst. Attorney General
 State of New York
Attorney for Defendants
615 Erie Boulevard West
Suite 102
Syracuse, NY   13204
```

**FREDERICK J. SCULLIN, JR., Sr. D.J.:**

## DECISION AND ORDER

    The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Randolph F. Treece filed March 16, 2006 and the Court having reviewed the Report-

Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed March 16, 2006 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that the Motion for Summary Judgment is **GRANTED**, and it is further

**ORDERED**, that the Complaint is hereby **DISMISSED** in its entirety, and it is further

**ORDERED**, that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

DATED: April 7, 2006
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge