# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**DEMENCIO BAEZ,**

      **Plaintiff,**

  **V.**                                    **CASE NUMBER: 9:04-CV-0819 (FJS/RFT)**

**JOSEPH E. McCOY AND J. KEISER,**

      **Defendants.**

**[ ]**    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]**    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants in accordance with the Order of Senior United States District Court Judge Frederick J. Scullin, Jr. filed on April 7, 2006.

April 7, 2006                                    **LAWRENCE K. BAERMAN**
_____      _____
DATE                                                      CLERK

Entered on the Docket: 4/7/2006      \_\_\_\_   s/ April L. Hudson_____
                                                                    (BY) DEPUTY CLERK